IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID TOPAZIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10-cv-04702 |
| | ) | Judge Hibbler |
| AETNA LIFE INSURANCE COMPANY | ) | |
| AND ADP TOTALSOURCE, INC. | ) | |
| HEALTH AND WELFARE PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, David Topazian, by his attorneys, Mark D. DeBofsky and Daley, DeBofsky and Bryant, hereby moves for the entry of judgment in his favor pursuant to Fed.R.Civ.P. 52. In support of this motion, Plaintiff submits a concise memorandum of law and separate statement of facts.

WHEREFORE, Plaintiff prays that the Court enter judgment in his favor and award him all disability benefits due to date, along with interest, costs, and his attorneys' fees.

/s/ Mark D. DeBofsky

One of the Attorneys for Plaintiff

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, Illinois 60603
(312) 372-5200/Fax (312) 372-2778