# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID TOPAZIAN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: 1:10-cv-04702 |
| | ) Honorable William J. Hibbler |
| AETNA LIFE INSURANCE COMPANY et. al. | ) |
| Defendants. | ) |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

Defendant, Aetna Life Insurance Company ("Aetna")[1], by and through counsel, moves for entry of judgment in its favor pursuant to Fed.R.Civ.P. 52. In support of this Motion, Defendant is also filing its Memorandum in Support of Defendant's Motion for Judgment on the Administrative Record and Local Rule 56.1 Statement of Facts which are incorporated herein by reference.

WHEREFORE, Defendant respectfully requests entry of judgment in its favor and an award of its costs and attorney's fees.

Respectfully submitted,

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Attorneys for Defendant

  s/ Eric P. Mathisen
Eric P. Mathisen, #19475-71 (Indiana)
225 Aberdeen Drive, Suite F
Valparaiso, in 46385
Tel: (219) 242-8666
Fax: (219) 242-8669
eric.mathisen@ogletreedeakins.com

---

[1] ADP TotalSource Inc. Health and Welfare Plan ("Plan") was voluntarily dismissed on August 26, 2010. [Dkt. 10]

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2011, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

          Mark D. DeBofsky
         Daley, DeBofsky & Bryant
     55 W. Monroe St., Suite 2440
        Chicago, Illinois 60603

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Eric P. Mathisen
Eric P. Mathisen, #19475-71 (Indiana)
225 Aberdeen Drive, Suite F
Valparaiso, in 46385
Tel: (219) 242-8666
Fax: (219) 242-8669
eric.mathisen@ogletreedeakins.com